**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.　　　　　　　　　　　　　　　　　　　　　CASE NO. 8:13-CR-268-T-EAK-MAP

MARTIN SECREST

_____/

**ORDER**

　　　This cause comes before the Court on the defendant's motion for reduction of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Doc. 116) . The Court also has before it the U.S. Probation Office Amendment Assessment (Doc. 119) and the response of the government (Doc. 127).  The Court has reviewed  the motion and  the Amendment Assessment for the United States Probation Office and the government response.  The Court concludes that the defendant is not eligible for a reduction in sentence based on the amended guidelines and adopts their position that the defendant is not eligible for a reduction in sentence because his amended guideline range in not lower than the previously imposed sentence.  Accordingly, it is.

　　　**ORDERED** that defendant's motion for modification of sentence be **denied**.

　　　**DONE AND ORDERED** in Chambers in Tampa, Florida this 9th day of March, 2016.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record