UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 8:13-CR-268-T-17MAP

MARTIN SECREST.

_____/

ORDER

This cause is before the Court on:

Dkt. 146    Unopposed Motion for Early Termination of
            Supervised Release

Defendant Martin Secrest requests that the Court terminate the remaining term of Defendant Secrest's supervised release, effective February 8, 2018, pursuant to 18 U.S.C. Sec. 3583(e).

On December 17, 2013, Defendant Secrest was sentenced to 48 months imprisonment, followed by three years supervised release. (Dkts. 73, 78). On March 28, 2014, Defendant Secrest's term of imprisonment was reduced to 37 months, followed by three years of supervised release. (Dkts. 103, 105).

Defendant Secrest completed his sentence of incarceration and commenced Defendant's term of supervised release on July 18, 2016.

Defendant Secrest successfully completed the Reentry Court program, for which Defendant Secrest's term of supervised release was reduced by one year. (Dkt. 143). Defendant Secrest's term of supervised release will expire on July 17, 2018.

Case No. 8:13-CR-268-T-17MAP

The Government does not object to Defendant Secrest's motion for early termination. The United States Probation Office does not object to Defendant Secrest's Motion for Early Termination, provided that the termination is effective on February 8, 2018.

Pursuant to 18 U.S.C. Sec. 3583(1), I have considered the factors set forth in 18 U.S.C. Secs. 3583 (a)(1), (a)(2)(B), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), and determine that early termination of supervised release is warranted. Accordingly, it is

**ORDERED** that Defendant Martin Secrest's Unopposed Motion for Early Termination of Supervised Release (Dkt. 146) is **granted, effective February 8, 2018)**

**DONE and ORDERED** in Chambers in Tampa, Florida on this 30th day of January, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Probation